**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JACK SCOTT COCONIS** |
| Debtor 2 (Spouse, if filing) | **JOLYNNE MARIE COCONIS** |
| Unites States Bankruptcy Court for the: | **Northern District of Texas** |
| | (State) |
| Case Number | **18-20417-SWE-13** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

## Part 1:  Mortgage Information

**Name of claim holder:**  AMARILLO NATIONAL BANK

**Court claim no.**  (if known):
15-1

**Last 4 digits** of any number you use to identify the debtor's account:    1   1   8   2

**Property Address:**   3104 S BIVINS
Number        Street

AMARILLO                                    TX        79103
City                                         State      ZIP Code

## Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: https://www.ndc.org.

## Part 3:  Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $      6,050.22 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $      6,050.22 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $      1,634.00 |
| d.  Total amount of arrearages disbursed by the trustee: | $      7,684.22 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:     $_____78,713.00

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>March 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $_____-0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Katherine L. Davis                                    Date  03/02/2026  12:00:
<u>Signature</u>

Trustee        Katherine L. Davis
               First Name        Middle Name        Last Name

Address        1407 Buddy Holly Avenue
               Number        Street

               Lubbock                                TX        79401-9401
               City                                   State     ZIP Code

Contact phone  (806) 748-1980          Email  geninfo@ch13-12westtex.org

| Debtor 1 | **JACK SCOTT COCONIS** | Case Number **18-20417-SWE-13** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15-1 | AMARILLO NATIONAL BANK | 03/29/2019 | 0955601 | Principal | 191.35 |
| 15-1 | AMARILLO NATIONAL BANK | 04/30/2019 | 0957059 | Principal | 77.65 |
| 15-1 | AMARILLO NATIONAL BANK | 05/31/2023 | 1028737 | Principal | 196.69 |
| 15-1 | AMARILLO NATIONAL BANK | 06/30/2023 | 1029674 | Principal | 681.50 |
| 15-1 | AMARILLO NATIONAL BANK | 08/31/2023 | 1031513 | Principal | 277.00 |
| 15-1 | AMARILLO NATIONAL BANK | 02/29/2024 | 1036677 | Principal | 1,286.40 |
| 15-1 | AMARILLO NATIONAL BANK | 04/30/2025 | 1048552 | Principal | 597.40 |
| 15-1 | AMARILLO NATIONAL BANK | 05/30/2025 | 1049404 | Principal | 1,050.60 |
| 15-1 | AMARILLO NATIONAL BANK | 06/30/2025 | 1050229 | Principal | 1,050.60 |
| 15-1 | AMARILLO NATIONAL BANK | 10/31/2025 | 1053594 | Principal | 641.03 |
| | | | | Total for Claim Number 15-1: | 6,050.22 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **6,050.22** |

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15-1 | AMARILLO NATIONAL BANK | 03/29/2019 | 0955601 | Principal | 47.77 |
| 15-1 | AMARILLO NATIONAL BANK | 04/30/2019 | 0957059 | Principal | 19.70 |
| 15-1 | AMARILLO NATIONAL BANK | 05/30/2019 | 0958518 | Principal | 410.00 |
| 15-1 | AMARILLO NATIONAL BANK | 06/28/2019 | 0959873 | Principal | 410.20 |
| 15-1 | AMARILLO NATIONAL BANK | 03/31/2023 | 1026946 | Principal | 512.17 |
| 15-1 | AMARILLO NATIONAL BANK | 05/31/2023 | 1028737 | Principal | 234.16 |
| | | | | Total for Claim Number 15-1: | 1,634.00 |
| | | | | **Total for Part 3 - c (Postpetition Arrears):** | **1,634.00** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15-1 | AMARILLO NATIONAL BANK | 02/28/2019 | 0954161 | Continuing Cred Prin | 817.00 |
| 15-1 | AMARILLO NATIONAL BANK | 03/29/2019 | 0955601 | Continuing Cred Prin | 817.00 |
| 15-1 | AMARILLO NATIONAL BANK | 04/30/2019 | 0957059 | Continuing Cred Prin | 845.00 |
| 15-1 | AMARILLO NATIONAL BANK | 05/30/2019 | 0958518 | Continuing Cred Prin | 845.00 |
| 15-1 | AMARILLO NATIONAL BANK | 06/28/2019 | 0959873 | Continuing Cred Prin | 845.00 |
| 15-1 | AMARILLO NATIONAL BANK | 08/30/2019 | 0962647 | Continuing Cred Prin | 785.85 |
| 15-1 | AMARILLO NATIONAL BANK | 10/31/2019 | 0965383 | Continuing Cred Prin | 1,363.50 |
| 15-1 | AMARILLO NATIONAL BANK | 12/31/2019 | 0967983 | Continuing Cred Prin | 1,836.18 |
| 15-1 | AMARILLO NATIONAL BANK | 01/31/2020 | 0969308 | Continuing Cred Prin | 1,636.20 |
| 15-1 | AMARILLO NATIONAL BANK | 02/28/2020 | 0970684 | Continuing Cred Prin | 818.10 |
| 15-1 | AMARILLO NATIONAL BANK | 03/31/2020 | 0971904 | Continuing Cred Prin | 909.00 |
| 15-1 | AMARILLO NATIONAL BANK | 05/29/2020 | 0974563 | Continuing Cred Prin | 900.00 |
| 15-1 | AMARILLO NATIONAL BANK | 07/31/2020 | 0977214 | Continuing Cred Prin | 1,453.50 |
| 15-1 | AMARILLO NATIONAL BANK | 08/31/2020 | 0978554 | Continuing Cred Prin | 1,453.50 |
| 15-1 | AMARILLO NATIONAL BANK | 09/30/2020 | 0979871 | Continuing Cred Prin | 720.00 |
| 15-1 | AMARILLO NATIONAL BANK | 10/30/2020 | 0981241 | Continuing Cred Prin | 738.00 |
| 15-1 | AMARILLO NATIONAL BANK | 11/30/2020 | 0982575 | Continuing Cred Prin | 990.00 |
| 15-1 | AMARILLO NATIONAL BANK | 12/31/2020 | 0983915 | Continuing Cred Prin | 1,350.00 |
| 15-1 | AMARILLO NATIONAL BANK | 01/29/2021 | 0985265 | Continuing Cred Prin | 900.00 |
| 15-1 | AMARILLO NATIONAL BANK | 02/26/2021 | 0986633 | Continuing Cred Prin | 900.00 |
| 15-1 | AMARILLO NATIONAL BANK | 03/31/2021 | 0987948 | Continuing Cred Prin | 900.00 |
| 15-1 | AMARILLO NATIONAL BANK | 04/30/2021 | 0989388 | Continuing Cred Prin | 1,012.17 |
| 15-1 | AMARILLO NATIONAL BANK | 06/30/2021 | 0991717 | Continuing Cred Prin | 1,526.25 |
| 15-1 | AMARILLO NATIONAL BANK | 07/30/2021 | 0992881 | Continuing Cred Prin | 912.75 |
| 15-1 | AMARILLO NATIONAL BANK | 08/31/2021 | 0994052 | Continuing Cred Prin | 813.00 |
| 15-1 | AMARILLO NATIONAL BANK | 09/30/2021 | 0995245 | Continuing Cred Prin | 763.12 |
| 15-1 | AMARILLO NATIONAL BANK | 10/29/2021 | 0996431 | Continuing Cred Prin | 862.88 |
| 15-1 | AMARILLO NATIONAL BANK | 12/30/2021 | 0998662 | Continuing Cred Prin | 1,626.00 |
| 15-1 | AMARILLO NATIONAL BANK | 02/28/2022 | 1012969 | Continuing Cred Prin | 1,028.30 |
| 15-1 | AMARILLO NATIONAL BANK | 03/31/2022 | 1014039 | Continuing Cred Prin | 1,028.30 |
| 15-1 | AMARILLO NATIONAL BANK | 04/29/2022 | 1015180 | Continuing Cred Prin | 1,019.20 |
| 15-1 | AMARILLO NATIONAL BANK | 06/30/2022 | 1017345 | Continuing Cred Prin | 1,023.75 |
| 15-1 | AMARILLO NATIONAL BANK | 07/29/2022 | 1018456 | Continuing Cred Prin | 728.00 |
| 15-1 | AMARILLO NATIONAL BANK | 08/31/2022 | 1019567 | Continuing Cred Prin | 1,365.00 |
| 15-1 | AMARILLO NATIONAL BANK | 10/31/2022 | 1021658 | Continuing Cred Prin | 1,923.12 |
| 15-1 | AMARILLO NATIONAL BANK | 11/30/2022 | 1022725 | Continuing Cred Prin | 867.33 |

| Debtor 1 | **JACK SCOTT COCONIS** | | | Case Number **18-20417-SWE-13** | | Page 2 |
|---|---|---|---|---|---|---|
| | Name | | | | | |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 15-1 | AMARILLO NATIONAL BANK | 12/30/2022 | 1023760 | Continuing Cred Prin | 452.50 |
| 15-1 | AMARILLO NATIONAL BANK | 01/30/2023 | 1025101 | Continuing Cred Prin | 1,183.50 |
| 15-1 | AMARILLO NATIONAL BANK | 03/31/2023 | 1026946 | Continuing Cred Prin | 1,636.00 |
| 15-1 | AMARILLO NATIONAL BANK | 04/28/2023 | 1027893 | Continuing Cred Prin | 543.00 |
| 15-1 | AMARILLO NATIONAL BANK | 05/31/2023 | 1028737 | Continuing Cred Prin | 1,171.00 |
| 15-1 | AMARILLO NATIONAL BANK | 06/30/2023 | 1029674 | Continuing Cred Prin | 857.00 |
| 15-1 | AMARILLO NATIONAL BANK | 07/31/2023 | 1030602 | Continuing Cred Prin | 543.00 |
| 15-1 | AMARILLO NATIONAL BANK | 08/31/2023 | 1031513 | Continuing Cred Prin | 1,171.00 |
| 15-1 | AMARILLO NATIONAL BANK | 09/29/2023 | 1032449 | Continuing Cred Prin | 543.00 |
| 15-1 | AMARILLO NATIONAL BANK | 10/31/2023 | 1033283 | Continuing Cred Prin | 1,083.00 |
| 15-1 | AMARILLO NATIONAL BANK | 11/30/2023 | 1034151 | Continuing Cred Prin | 540.00 |
| 15-1 | AMARILLO NATIONAL BANK | 02/29/2024 | 1036677 | Continuing Cred Prin | 2,976.00 |
| 15-1 | AMARILLO NATIONAL BANK | 03/29/2024 | 1037526 | Continuing Cred Prin | 720.00 |
| 15-1 | AMARILLO NATIONAL BANK | 04/30/2024 | 1038406 | Continuing Cred Prin | 900.00 |
| 15-1 | AMARILLO NATIONAL BANK | 05/31/2024 | 1039272 | Continuing Cred Prin | 1,098.00 |
| 15-1 | AMARILLO NATIONAL BANK | 06/28/2024 | 1040120 | Continuing Cred Prin | 1,278.00 |
| 15-1 | AMARILLO NATIONAL BANK | 07/31/2024 | 1040978 | Continuing Cred Prin | 1,080.00 |
| 15-1 | AMARILLO NATIONAL BANK | 08/30/2024 | 1041860 | Continuing Cred Prin | 828.00 |
| 15-1 | AMARILLO NATIONAL BANK | 09/30/2024 | 1042735 | Continuing Cred Prin | 1,278.00 |
| 15-1 | AMARILLO NATIONAL BANK | 12/31/2024 | 1045204 | Continuing Cred Prin | 2,133.00 |
| 15-1 | AMARILLO NATIONAL BANK | 01/31/2025 | 1046046 | Continuing Cred Prin | 2,134.80 |
| 15-1 | AMARILLO NATIONAL BANK | 03/31/2025 | 1047697 | Continuing Cred Prin | 2,134.80 |
| 15-1 | AMARILLO NATIONAL BANK | 04/30/2025 | 1048552 | Continuing Cred Prin | 1,537.40 |
| 15-1 | AMARILLO NATIONAL BANK | 05/30/2025 | 1049404 | Continuing Cred Prin | 1,257.00 |
| 15-1 | AMARILLO NATIONAL BANK | 06/30/2025 | 1050229 | Continuing Cred Prin | 1,257.00 |
| 15-1 | AMARILLO NATIONAL BANK | 07/31/2025 | 1051057 | Continuing Cred Prin | 900.00 |
| 15-1 | AMARILLO NATIONAL BANK | 08/29/2025 | 1051915 | Continuing Cred Prin | 1,116.00 |
| 15-1 | AMARILLO NATIONAL BANK | 09/30/2025 | 1052740 | Continuing Cred Prin | 900.00 |
| 15-1 | AMARILLO NATIONAL BANK | 10/31/2025 | 1053594 | Continuing Cred Prin | 2,112.00 |
| 15-1 | AMARILLO NATIONAL BANK | 12/31/2025 | 1055245 | Continuing Cred Prin | 1,470.24 |
| 15-1 | AMARILLO NATIONAL BANK | 01/30/2026 | 1056161 | Continuing Cred Prin | 1,415.25 |
| 15-1 | AMARILLO NATIONAL BANK | 02/27/2026 | 1057010 | Continuing Cred Prin | 2,142.51 |

Total for Claim Number 15-1: 78,713.00

**Total for Part 4 - a (Postpetition Payments):** **78,713.00**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing TRUSTEE'S NOTICE OF DISBURSEMENTS MADE has been served on the following parties:

JACK SCOTT COCONIS
JOLYNNE MARIE COCONIS
3104 S. BIVINS
AMARILLO, TX  79103

SWINDELL & ASSOCIATES PC
1619 S KENTUCKY STE B202
AMARILLO, TX  79102

AMARILLO NATIONAL BANK
ATTN: ROBERT GLENN
PO BOX ONE
AMARILLO, TX  79105

AMERICREDIT FINANCIAL SERVICES INC
DBA GM FINANCIAL
PO BOX 183853
ARLINGTON, TX  76096

LISA L. LAMBERT
UNITED STATES TRUSTEE
1100 COMMERCE STREET RM 976
DALLAS, TX  75242

SELL GRIFFIN MCLAIN
ATTN KERRY MCLAIN
4801 LEXINGTON SQ
AMARILLO, TX  79119-6572

US DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT
451 7TH STREET  SW
WASHINGTON, DC  20410

via United States First Class Mail or via Electronic mail, this  2nd day of March, 2026.


/s/ Katherine L. Davis
Katherine L. Davis, Trustee