Katherine L. Davis
Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401
(806)748-1980 Phone
(806)748-1956 Fax

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

IN RE:                                                        CASE NO:   18-20417-SWE-13
JACK SCOTT COCONIS                              DATED:      June 05, 2026
JOLYNNE MARIE COCONIS


DEBTOR(S)

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

Transmitted herewith is a check for deposit into the court's unclaimed funds registry as unclaimed property for the above reference chapter 13 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:          COMPLETE (13)
Explanation of Sources:       Creditor not accepting payments from Trustee and/or Trustee is unable to locate Creditor
Disbursement Amount:          $0.13
Name of Payee on Check:

RESURGENT CAPITAL SERVICES   PO BOX 10587   GREENVILLE, SC,    29603-0587


 /s/ Katherine L. Davis
Katherine L. Davis, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401


                                        Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE TO DEPOSIT UNCLAIMED FUNDS was electronically served to the following parties on June 05, 2026.

 LISA L. LAMBERT, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX  75242
 SWINDELL & ASSOCIATES PC, 1619 S KENTUCKY STE B202, AMARILLO, TX  79102
 VAN W. NORTHERN, 3545 S Georgia, Amarillo, TX  79109


 /s/ Katherine L. Davis
Katherine L. Davis, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401